# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24CR0433-W |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING DATE |
| JOSE ALFREDO GOMEZ-VARGAS (1) | |
| CHRISTIAN GOMEZ-VARGAS(2). | |
| Defendant. | |

Based on the foregoing motion, the Court hereby orders that the Status Hearing Date in the above-entitled criminal case is continued to May 20, 2024, at 9:00 a.m., and that time be excluded in the interim under the Speedy Trial Act in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

DATED: 5/2/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE